USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
IN RE APPLICATION OF AENERGEY, S.A. : 19-MC-542 (VEC)
FOR AN ORDER PURSUANT TO 28 U.S.C. § :
1782 TO CONDUCT DISCOVERY FOR USE IN : ORDER
A FOREIGN PROCEEDING :
:
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 20, 2019, the Court held a teleconference with Petitioner Aenergy S.A. and Respondent General Electric Co.;

IT IS HEREBY ORDERED that the parties must submit a proposed protective order to the Court no later than **December 20, 2019**, or else notify the Court why an agreement could not be reached.

IT IS FURTHER ORDERED that Respondent's motion to quash the subpoena is due no later than **December 23, 2019, at 5:00 p.m.**, Petitioner's response is due no later than **December 26, 2019, at 5:00 p.m.**, and Respondent's reply, if any, is due no later than **December 28, 2019, at 6:00 p.m.**

**SO ORDERED.**

Date: **December 20, 2019**
      **New York, New York**

_____
          **VALERIE CAPRONI**
          **United States District Judge**