USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
IN RE APPLICATION OF AENERGEY, S.A. : 19-MC-542 (VEC)
FOR AN ORDER PURSUANT TO 28 U.S.C. § :
1782 TO CONDUCT DISCOVERY FOR USE IN : ORDER
A FOREIGN PROCEEDING :
:
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 23, 2019, Respondent General Electric Co. filed a motion to quash in part and for a protective order, *see* Dkt. 22;

IT IS HEREBY ORDERED that oral argument on Respondent's motion is scheduled for **January 3, 2020 at 2:00 p.m.**

**SO ORDERED.**

**Date: December 30, 2019**
**New York, New York**

                                                     **VALERIE CAPRONI**
                                                   **United States District Judge**