USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
           :
IN RE APPLICATION OF AENERGY, S.A. FOR  :    19-MC-542 (VEC)
AN ORDER PURSUANT TO 28 U.S.C. § 1782   :
TO CONDUCT DISCOVERY FOR USE IN A     :    ORDER
FOREIGN PROCEEDING                               :
           :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 23, 2019, Respondent General Electric Co. filed a motion to quash in part and for a protective order, *see* Dkt. 22;

WHEREAS on December 30, 2019, the Court scheduled oral argument for January 3, 2020, at 2:00 p.m., *see* Dkt. 32;

IT IS HEREBY ORDERED that, not later than 3:00 p.m. on January 2, 2020, GE must produce to Aenergy and the Court (a) the search terms it ran which produced the 302,000 document hits referenced in GE's motion papers and (b) the "hit reports."

IT IS FURTHER ORDERED that the parties must meet-and-confer prior to oral argument in a good faith attempt to resolve or further narrow their disputes.

IT IS FURTHER ORDERED that Teresa Park may appear at oral argument telephonically, but if Ms. Park wishes to speak, then she must appear in person.

**SO ORDERED.**

Date: **January 2, 2020**
      **New York, New York**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**