UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/2020

----------------------------------------------------------- X
                                         :

IN RE APPLICATION OF AENERGY, S.A. FOR  :         19-MC-542 (VEC)
AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO :
CONDUCT DISCOVERY FOR USE IN A         :           ORDER
FOREIGN PROCEEDING                      :
                                         :

----------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the Parties participated in a teleconference with this Court on February 18, 2020, to discuss disputes related to production and privilege review;

      IT IS HEREBY ORDERED that, not later than **February 20, 2020**, the Parties must meet-and-confer in good faith.  If the Parties do not resolve their disputes, they must call the Court on **February 21, 2020**, for an additional teleconference.

**SO ORDERED.**

**Date:  February 18, 2020**
      **New York, New York**
                                      **VALERIE CAPRONI**
                                      **United States District Judge**