USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
IN RE APPLICATION OF AENERGY, S.A. FOR :  19-MC-542 (VEC)
AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO :
CONDUCT DISCOVERY FOR USE IN A : ORDER
FOREIGN PROCEEDING :
:
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Parties participated in a teleconference with this Court on February 25, 2020, to discuss disputes related to production and privilege review;

IT IS HEREBY ORDERED that Petitioner's motion to compel relative to documents withheld on the grounds of privilege is due no later than **February 28, 2020**. Respondent's response is due no later than **March 4, 2020**, and Petitioner's reply is due no later than **March 6, 2020**.

**SO ORDERED.**

Date: **February 26, 2020**　　　　　　　　　　　　　　　　　_____
　　　　**New York, New York**　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**