**MEMO ENDORSED**

February 27, 2020

Hon. Valerie E. Caproni
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/27/2020
```

Re:     *In re: Aenergy, S.A., et al.*, No. 19-mc-00542-VEC (S.D.N.Y.)

Dear Judge Caproni:

    The parties submit this joint letter-motion to seek the Court's approval for a procedure for seeking sealed treatment for material submitted in connection with AE's forthcoming motion to compel.

    The parties anticipate that the motion papers will discuss and enclose as exhibits material produced by GE and designated by GE as confidential or highly confidential under the protective order (including the three example documents discussed with the Court at the last telephonic conference and which GE has identified as privileged material subject to return under Para. 28 of the Stipulated Protective Order entered by the Court on January 7, 2020, Dkt. No. 38). The protective order requires AE to seek sealed treatment for such materials, and GE submits that the materials designated by it as confidential and privileged warrant protection.

    To minimize the burdens on the Court and the parties, and to streamline the process of filing the necessary sealing papers and proposed redactions, the parties respectfully request that the Court authorize the following procedure:

- The parties shall be permitted in the first instance to file under seal the papers and accompanying exhibits submitted in connection with AE's anticipated motion.

- Within three days following the Court's ruling on the motion, the parties will file under seal motions addressing all material they seek to seal, along with the proposed redactions.

    Of course, the parties will proceed in any manner that the Court directs.

Respectfully submitted,

By:   s/Scott M. Danner
    HOLWELL SHUSTER & GOLDBERG LLP

Vincent Levy
Scott M. Danner
425 Lexington Avenue, 14th Floor
New York, New York 10017
Tel: (646) 837-5151
vlevy@hsgllp.com
sdanner@hsgllp.com

*Counsel for Petitioner*

By:   s/Teresa S. Park
    COVINGTON & BURLING LLP

John E. Hall
David Z. Pinsky
Russell M. Squire
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000
jhall@cov.com
dpinsky@cov.com

rsquire@cov.com

Teresa S. Park
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: (202) 662-6000
tpark@cov.com

*Counsel for Respondent*

Application GRANTED.

The Court notes for the Parties that new sealing procedures have been added to the undersigned's Individual Rules located at https://nysd.uscourts.gov/hon-valerie-e-caproni.

SO ORDERED.

2/27/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE