# Exhibit D

Confidential - For Discussion Purposes Only

## GE Proposed Privilege Log Example

| Log Number | Number of Documents | Date Range | Document Type(s) | Privilege Type(s) | Subject Matter | Sender(s) | Recipients |
|---|---|---|---|---|---|---|---|
| 1 | 6 | 12/1/2017 - 12/29/2017 | Emails; PDFs | Attorney-Client Communications | Documents and communications conveying legal advice related to the Credit Facility Agreement. | Galvin, Brad | Ireri, Willy; Jain, Sharad; Kudia, Mohammad; Kurada, Raghuveer |